IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG L. WASHINGTON,

    Plaintiff,

v.      No. 4:18CV00734-SWW

PULASKI COUNTY REGIONAL
DETENTION FACILITY; *et al.*,

    Defendants.

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 26th day of December, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE